No. 03–8505. LY *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–8508. BLACK *v.* PACIFIC MARITIME ASSN. ET AL. C. A. 9th Cir. Certiorari denied. 

No. 03–8510. BYRAM *v.* OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 03–8511. XIONG *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. 

No. 03–8517. SIMPSON *v.* COLORADO. Ct. App. Colo. Certiorari denied.

No. 03–8522. SLAUGHTER *v.* MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied. 

No. 03–8525. TAYLOR *v.* BOWERSOX, SUPERINTENDENT, SOUTH CENTRAL CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied. 

No. 03–8534. GOODIN *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. 

No. 03–8540. MATHIS *v.* KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8542. PHILLIPS *v.* TEXAS. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 03–8545. VERSER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8552. RUSSELBURG *v.* HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 03–8566. NGONGO *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied. 

No. 03–8569. MARSHALL *v.* GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.